Improvement Company (two cases); Matthew Crowley v. Jacob Meurer; Martha E. Baum v. Isidor Harris; Mary A. Morton v. Matthias Kull; Sarah E. Lodewick v. Ernest A. Turner (two cases); Harry Schramm v. Fuller-Burr Company; Frank M. Howe v. Mary Regensburg. No opinions. Applications denied, with $10 costs in each case. Orders signed.

GOLDSTEIN v. MENDELSOHN. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Samuel Goldstein against Herman T. Mendelsohn. No opinion. Motion granted. Settle order on notice.

GOODSTEIN, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Nathan Goodstein against Abraham Fisher. J. J. Mahoney, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GORDON, Respondent, v. LAW REPORTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 12, 1912.) Action by John J. Gordon against the Law Reporting Company.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs. See, also, infra.
THOMAS, J., dissents, upon the ground that authority to make the contract is not shown.

GORDON, Respondent, v. LAW REPORTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John K. Gordon against the Law Reporting Company. No opinion. Motions denied, without costs. See, also, supra.

GORHAM CO., Respondent, v. UNITED ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by the Gorham Company against the United Engineering & Contracting Company. H. Taylor, for appellant. D. R. Almy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 136 App. Div. 938, 121 N. Y. Supp. 1132.

GORHAM CO., Appellant, v. UNITED ENGINEERING & CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by the Gorham Company against the United Engineering & Contracting Company. D. R. Almy, for appellant. H. Taylor, for respondent.
PER CURIAM. Order modified, by requiring defendant, as a condition for leave to serve amended answer, to pay all costs in the action to date, including costs in this court and in the Court of Appeals, and, as so modified, affirmed, without costs of this appeal. Settle order on notice. See, also, supra.

GORLITZER, Appellant, v. WOLFBERG, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Mary Gorlitzer against Betty Wolfberg, as administratrix, etc. B. L. Hollander, for appellant. J. M. Guedalia, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1117.

GORLITZER v. WOLFBERG. (Supreme Court, Appellate Division, First Department February 23, 1912.) Action by Sigmund Gorlitzer against Solomon Wolfberg. J. M. Guedalia, for appellant. B. L. Hollander, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOULD, Appellant, v. GOULD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Seward F. Gould against Harry J. Gould and another.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by the change of the grade of Broadway and claimed to be owned by Clinton K. De Groat and others. (Proceeding No. 89.) No opinion. Appeal (69 Misc. Rep. 23, 124 N. Y. Supp. 1025) dismissed as to Louise J. Nenno, upon stipulation filed.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo in the matter of lands claimed to be owned by Mary A. France and others. (Proceeding No. 92.) No opinion. Appeal of Alice Adele Porter dismissed upon stipulation filed.

GRAHAM, Appellant, v. GRAHAM-CHISHOLM CO., Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Michael Graham, an infant, etc., against the Graham-Chisholm